**DISMISS and Opinion Filed June 5, 2023**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-23-00412-CV

**BENITA NELSON, Appellant**
**V.**
**BRENDA J. WILLIAMS & ASSOCIATES AND**
**BRENDA J. WILLIAMS, Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-02816**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

Appellant appeals from the trial court's April 17, 2023 Protective Order and Order Sustaining Objections to Plaintiff's Third-Party Subpoenas. Because the order relating to discovery did not appear to be subject to appeal, the Court questioned its jurisdiction. We directed appellant to file a letter brief addressing the jurisdictional issue.

Generally, this Court has jurisdiction over final judgments and certain interlocutory orders as permitted by statute. *See Lehmann v. Har–Con Corp.,* 39 S.W.3d 191, 195 (Tex. 2001); *see also* TEX. CIV. PRAC. & REM. CODE ANN. §

51.014(a) (listing appealable interlocutory orders). A final judgment is one that disposes of all parties and claims. *See Lehmann*, 39 S.W.3d at 195. Discovery orders are interlocutory and generally not appealable until after final judgment is entered. *See Shanks v. Wair*, No. 02-20-00138-CV, 2020 WL 5415225, at \*1 (Tex. App.—Fort Worth Sept. 10, 2020, no pet.). (mem. op.) (per curiam) (dismissing for lack of jurisdiction an interlocutory appeal from an order granting a protective order with respect to certain discovery requests).

Although appellant filed a brief, she failed to demonstrate this Court's jurisdiction over the appeal. The appealed order is neither a final judgment nor an appealable interlocutory order. Accordingly, we dismiss appellant's pending motion for stay and the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

230412f.p05

/Robert D. Burns, III//
ROBERT D. BURNS, III
CHIEF JUSTICE

–2–



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

BENITA NELSON, Appellant

No. 05-23-00412-CV       V.

BRENDA J. WILLIAMS &
ASSOCIATES AND BRENDA J.
WILLIAMS, Appellees

On Appeal from the 14th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-22-02816.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Pedersen, III participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 5th day of June, 2023.